DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTOINETTE HENNIS,**
Appellant,

v.

**PATRICK C. STEVENS,**
Appellee.

No. 4D18-3119

[March 13, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne Fahnestock, Judge; L.T. Case No. FMCE13-155(35).

Antoinette Hennis, North Lauderdale, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.* Fla. R. App. P. 9.315(a).

WARNER, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***